UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA**     * | |
| * | **Appeal no. 23-4401** |
| vs.     * | **(District Court No. 8:20-cr-00317-TDC)** |
| * | |
| **DIAPE SECK**     * | |
| * | |
| Defendant/Appellant     * | |

# NOTICE OF CHANGE OF ADDRESS
# OF COUNSEL FOR APPELLANT

**DIAPE SECK,** appellant herein, by undersigned counsel, hereby advises this honorable Court and the parties hereto of a change of address for undersigned counsel, effective immediately.

NEW ADDRESS:     Richard S. Stolker, Esquire
Suite 433
12154 Darnestown Road
Gaithersburg, Maryland 20878

Email (rstolker@stolker.com) and telephone (301-294-9500) are unchanged.

                                   /s/ Richard S. Stolker
                                   _____
                                   RICHARD S. STOLKER
                                   Maryland Federal Bar No. 00259
                                   Suite 433, 12154 Darnestown Road
                                   Gaithersburg, Maryland 20878
                                   Telephone 301-294-9500
                                   Email: rstolker@stolker.com

USCA4 Appeal: 23-4401   Doc: 50   Filed: 08/26/2024   Pg: 2 of 2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2024 a copy of the foregoing **NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR APPELLANT** was served via the Court's electronic noticing system, to the following:

Elizabeth Wright, Esquire  
Assistant United States Attorney  
for the District of Maryland  
6500 Cherrywood Lane, Suite 200  
Greenbelt, Maryland 20770  
elizabeth.wright2@usdoj.gov

Darren S. Gardner, Esquire  
Assistant United States Attorney  
for the District of Maryland  
6500 Cherrywood Lane, Suite 200  
Greenbelt, Maryland 20770  
darren.gardner@usdoj.gov

and by U.S. Mail, first class postage prepaid, to:

Mr. Diape Seck, BOP no. 30984-509  
Cumberland Federal Correctional Inst.  
P.O. Box 1000  
Cumberland, Maryland  21501

                                            /s/ Richard S. Stolker  
                                            _____  
                                            RICHARD S. STOLKER